[No. 73867-4-I.  Division One.  July 25, 2016.]

*In the Matter of the Dependency of* J.R.P.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CAYSEA MCBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-12294-2, Julia L. Garratt, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Cox, J.

[Nos. 73920-4-I; 74031-8-I.  Division One.  July 25, 2016.]

MOHAMED ABDELKADIR, *Appellant*, v. SHORELINE SCHOOL DISTRICT, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 14-2-32203-8, Hollis R. Hill, J., entered August 18, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Spearman, JJ.

[No. 73966-2-I.  Division One.  July 25, 2016.]

IRWIN NATURALS, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01223-4, Gary R. Tabor, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Appelwick, J. Now published at 195 Wn. App. 788.

[No. 75234-1-I.  Division One.  July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EUAL NEOSHIE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00150-1, Richard L. Brosey, J., entered September 16, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Schindler, J.